UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Coalition for a Level Playing Field, L.L.C., et al., )
)
        Plaintiffs, )
)
v. )  Case No. 04 Civ. 08450 (RO)
)
AutoZone, Inc., et al., )
)
        Defendants. )

## STIPULATION TO DISMISS

Plaintiffs and Defendant, Tenneco Automotive Inc., by their duly authorized attorneys, do hereby stipulate and agree that this action be dismissed as to defendant Tenneco Automotive Inc. only, with prejudice, and with each party to pay its or their own attorneys' fees and costs, all matters in controversy between them having been settled.

## ORDER

This matter coming on to be heard on the Stipulation to Dismiss between Plaintiffs and defendant Tenneco Automotive Inc;

IT IS HEREBY ORDERED that this action be dismissed as to defendant Tenneco Automotive Inc. only, with prejudice, and with each party to bear his or its or their own attorneys' fees and costs.

_____
One of the Attorneys for Plaintiffs

_____
One of the Attorneys for
Tenneco Automotive Inc.

Carl E. Person
325 West 45th Street
Suite 201
New York, NY 10036

James K. Leader   JL 9417
Leader & Berkon, LLP
630 Third Avenue
New York, NY 10017