EXHIBIT C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 04 │12│12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COALITION FOR A LEVEL PLAYING FIELD, L.L.C., ET AL.,

    Plaintiffs,

-against-

AUTOZONE, INC., ET AL.,

    Defendants.

---

04 CV 08450 (RJH)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

    IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure – with each party to bear its own attorneys' fees and costs of suit.

    IT IS SO STIPULATED.

Date: 3/23/12

*/s/ Carl E. Person*

Carl E. Person, Esq.
225 E. 36th Street - Suite 3A
New York NY 10016-3664
Tel: 212-307-4444
Fax: 212-307-0247
carlpers2@gmail.com

*Attorney for Appellants*

- 1 -

Date: 3/22/12

[signature]

Bruce J. Prager, Esq.
Latham & Watkins LLP (NY)
885 Third Avenue
New York, NY 10022
bruce.prager@lw.com

*Attorneys for AutoZone, Inc., AutoZone Florida, L.P., Adap, Inc., AutoZone Stores, Inc., AutoZone.com, Inc., and AutoZone Texas, L.P.*

Date: _____

Scott Allan Martin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
martinsc@gtlaw.com

*Attorneys for Wal-Mart Stores, Inc. & Sam's West*

Date: _____

Michael Patrick Hartman, Esq.
Squire, Sanders (US) LLP
30 Rockefeller Plaza
New York, NY 10112
michael.hartman@squiresanders.com

Date: _____          Bruce J. Prager, Esq.
                                Latham & Watkins LLP (NY)
                                885 Third Avenue
                                New York, NY 10022
                                bruce.prager@lw.com

                                *Attorneys for AutoZone, Inc., AutoZone
                                Florida, L.P., Adap, Inc., AutoZone Stores,
                                Inc., AutoZone.com, Inc., and AutoZone Texas,
                                L.P.*

Date: March 22, 2012           [signature]
                                ─────────────────────────
                                Scott Allan Martin, Esq.
                                Greenberg Traurig, LLP
                                200 Park Avenue
                                New York, NY 10166
                                martinsc@gtlaw.com

                                *Attorneys for Wal-Mart Stores, Inc. & Sam's
                                West*


Date: _____          Michael Patrick Hartman, Esq.
                                Squire, Sanders (US) LLP
                                30 Rockefeller Plaza
                                New York, NY 10112
                                michael.hartman@squiresanders.com

Date: _____  
Bruce J. Prager, Esq.
Latham & Watkins LLP (NY)
885 Third Avenue
New York, NY 10022
bruce.prager@lw.com

*Attorneys for AutoZone, Inc., AutoZone Florida, L.P., Adap, Inc., AutoZone Stores, Inc., AutoZone.com, Inc., and AutoZone Texas, L.P.*

Date: _____  
Scott Allan Martin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
martinsc@gtlaw.com

*Attorneys for Wal-Mart Stores, Inc. & Sam's West*

Date: 3/23/12  
Michael Hartman by CL by
Michael Patrick Hartman, Esq.
Squire, Sanders (US) LLP
30 Rockefeller Plaza
New York, NY 10112
michael.hartman@squiresanders.com

Date: / /        *(see prior page)*
                                                   Christopher Howe Gordon, Esq.
                                                   Edward A. Geltman, Esq.
                                                   Squire, Sanders (US) LLP
                                                   1200 19th Street, NW, Suite 300
                                                   Washington, DC 20036
                                                   Christopher.gordon@squiresanders.com

                                                   *Attorneys for Ashland, Inc.*


Date: March 23, 2012
                                                   Lee H. Simowitz, Esq.
                                                   Baker & Hostetler LLP
                                                   1050 Connecticut Avenue N.W.
                                                   Suite 1100
                                                   Washington, D.C. 20036
                                                   LSimowitz@bakerlaw.com

                                                   *Attorneys for Advance Stores Company,*
                                                   *Incorporated and Discount Auto Parts, LLC*


Date: _____
                                                   Joseph Francis Donley, Esq.
                                                   Dechert LLP (NYC)
                                                   1095 Avenue of the Americas
                                                   New York, NY 10036-6797
                                                   joseph.donley@dechert.com

                                                   *Attorneys for Cardone Industries, USA*

Date: _____          _____
                               Christopher Howe Gordon, Esq.
                               Edward A. Geltman, Esq.
                               Squire, Sanders (US) LLP
                               1200 19th Street, NW, Suite 300
                               Washington, DC 20036
                               Christopher.gordon@squiresanders.com

                               *Attorneys for Ashland, Inc.*


Date: _____          _____
                               Lee H. Simowitz, Esq.
                               Baker & Hostetler LLP
                               1050 Connecticut Avenue N.W.
                               Suite 1100
                               Washington, D.C. 20036
                               LSimowitz@bakerlaw.com

                               *Attorneys for Advance Stores Company,
                               Incorporated and Discount Auto Parts, LLC*


Date: March 22, 2012           *(signature)* Joseph F. Donley
                               _____
                               Joseph Francis Donley, Esq.
                               Dechert LLP (NYC)
                               1095 Avenue of the Americas
                               New York, NY 10036-6797
                               joseph.donley@dechert.com

                               *Attorneys for Cardone Industries, USA*

Date : _____        /s/ John DeQ. Briggs
                              _____
                              John DeQ. Briggs, Esq.
                              Axinn, Veltrop & Harkrider LLP
                              950 F Street, NW, Seventh Floor
                              Washington, DC 20004
                              jdb@avhlaw.com

                              *Attorneys for Stant Manufacturing, Inc.*


Date : _____        _____
                              Steven Robert Paradise, Esq.
                              Vinson & Elkins L.L.P.
                              666 Fifth Avenue, 26th Floor
                              New York, NY 10103
                              sparadise@velaw.com

                              *Attorneys for Pennzoil-Quaker State Company
                              (which includes SOPUS Products)*


Date : _____        _____
                              Michael Bruce Miller, Esq.
                              Morrison & Foerster LLP (NYC)
                              1290 Avenue of the Americas
                              New York, NY 10104
                              mbmiller@mofo.com

                              *Attorneys for ArmorAll / STP*

Date : _____          _____
                              John DeQ. Briggs, Esq.
                              Axinn, Veltrop & Harkrider LLP
                              950 F Street, NW, Seventh Floor
                              Washington, DC 20004
                              jdb@avhlaw.com

                              *Attorneys for Stant Manufacturing, Inc.*


Date : **3/26/12**            *[signature: Steven Paradise]*
                              _____
                              Steven Robert Paradise, Esq.
                              Vinson & Elkins L.L.P.
                              666 Fifth Avenue, 26th Floor
                              New York, NY 10103
                              sparadise@velaw.com

                              *Attorneys for Pennzoil-Quaker State Company
                              (which includes SOPUS Products)*


Date : _____          _____
                              Michael Bruce Miller, Esq.
                              Morrison & Foerster LLP (NYC)
                              1290 Avenue of the Americas
                              New York, NY 10104
                              mbmiller@mofo.com

                              *Attorneys for ArmorAll / STP*

Date: _____        _____
                             John DeQ. Briggs, Esq.
                             Axinn, Veltrop & Harkrider LLP
                             950 F Street, NW, Seventh Floor
                             Washington, DC 20004
                             jdb@avhlaw.com

                             *Attorneys for Stant Manufacturing, Inc.*


Date: _____        _____
                             Steven Robert Paradise, Esq.
                             Vinson & Elkins L.L.P.
                             666 Fifth Avenue, 26th Floor
                             New York, NY 10103
                             sparadise@velaw.com

                             *Attorneys for Pennzoil-Quaker State Company
                             (which includes SOPUS Products)*


Date: *March 26, 2012*       *Michael B. Miller* (signature)
                             Michael Bruce Miller, Esq.
                             Morrison & Foerster LLP (NYC)
                             1290 Avenue of the Americas
                             New York, NY 10104
                             mbmiller@mofo.com

                             *Attorneys for The ArmorAll/STP Products
                             Company*

Date: _____

*[signature: ER Stock]*

Eric J. Stock, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
eric.stock@hoganlovells.com

*Attorneys for Ford Motor Company*

Date: _____

Edward N. Boehm, Esq.
Miller & Martin, PLLC
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402
nboehm@millermartin.com

Date: _____

Philip R. Schatz
Wrobel & Schatz LLP
1040 Avenue of the Americas\
Suite 1101
New York, NY 10018-3703
Philip.Schatz@wandslaw.com

*Attorneys for Meritor, Inc. f/k/a ArvinMeritor,
Inc. and Arvin Industries, Inc.*

Date: _____          _____
                             Eric J. Stock, Esq.
                             Hogan Lovells US LLP
                             875 Third Avenue
                             New York, NY 10022
                             eric.stock@hoganlovells.com

                             *Attorneys for Ford Motor Company*


Date: 3/23/12               _____
                             Edward N. Boehm, Esq.
                             Miller & Martin, PLLC
                             832 Georgia Avenue, Suite 1000
                             Chattanooga, TN 37402
                             nboehm@millermartin.com


Date: / /   / /              / / / / / /
                             Philip R. Schatz
                             Wrobel & Schatz LLP
                             1040 Avenue of the Americas\
                             Suite 1101
                             New York, NY 10018-3703
                             Philip.Schatz@wandslaw.com

                             *Attorneys for Meritor, Inc. f/k/a ArvinMeritor,
                             Inc. and Arvin Industries, Inc.*

Date: __3/26/12__

*(signature)*
Bud George Holman, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
BHolman@KelleyDrye.com

*Attorneys for Standard Motor Products*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 04/12/12

[~~PROPOSED~~] ORDER

This Court, having considered the Stipulation for Dismissal with Prejudice, hereby ORDERS that this action be and hereby is DISMISSED WITH PREJUDICE – with each party to bear it own attorneys' fees and costs of suit.

SO ORDERED.

Date: *April 11, 2012*

_____

UNITED STATES DISTRICT JUDGE

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.